# 253306

# UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OFFICE OF THE CLERK

U.S. COURTHOUSE
300 SOUTH 4TH STREET, SUITE 202
MINNEAPOLIS, MN 55415

RICHARD D. SLETTEN, CLERK
(612) 664-5000

Case Number: 01-1684 ADM/~~AJB~~ SRN

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, Holly M. Robbins, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Mark V. Holden, an attorney admitted to practice in the State of Kansas and the District of Columbia, but not admitted to the bar of this court, who will be counsel for the defendant Koch Refining Companies, LLP, in the cause listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of these cases, and that I accept service of all papers served.

1/26/01
(Date)

[signature]
(Signature)

Minnesota Attorney
License Number: 260381

Law Firm: Faegre & Benson, LLP
Suite/Bldg: 2200 Wells Fargo Center
Street Address: 90 South Seventh Street
City, State Zip: Minneapolis, MN 55402
Telephone: (612) 766-7000

### Affidavit of Proposed Admittee

I, Mark V. Holden, am currently a member in good standing of the U.S. District Court for the District of Columbia, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 01-1684 ADM/AJB Judge Assigned: Ann D. Montgomery
Case Title: Ernest Moore v. Koch Petroleum Group, LP

10-19-2001
(Date)

Mark V. Holden
(Type/Print Name)

[signature]
(Signature)

Kansas – 97008
D.C. – 416476
(Atty. License No.)

1998
1988
(Date of Admission)

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
(Social Security No.)

Law Firm: Koch Industries, Inc.
Suite/Bldg:
Street Address: 4111 East 37th Street North
City, State Zip: Wichita, KS 67220
Telephone: (316) 832-3654

Motion Granted; [signature]
For the Court, Richard D. Sletten, Clerk

OCT 30 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

FILED OCT 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK