**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**ERNEST MOORE,**

**Plaintiff,**

**v.**

**KOCH PETROLEUM GROUP, LP,**

**Defendant.**

**Civil No. 01-1684 (ADM/SRN)**

**ORDER**

---

Timothy J. Hickman, Esq., counsel of record for Plaintiff Ernest Moore.

Holly Robbins, Esq., on behalf of Defendant Koch Petroleum Group.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on February 26, 2002, on a motion by Plaintiff's counsel Timothy Hickman to withdraw as counsel of record for Plaintiff Ernest Moore. The motion is brought pursuant to Local Rule 83.7, Local Rules for the United States District Court for the District of Minnesota, and is based on the confidential Affidavit of Timothy Hickman[1]. Defendant Koch Petroleum Group does not oppose this motion. Plaintiff Ernest Moore does oppose this motion.

For good cause shown, pursuant to the requirements of Local Rule

---

[1] The Court is treating Mr. Hickman's Affidavit as an in camera submission which will be maintained in the Court's chambers' file.

MAR 0 4 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

83.7(c), the Court grants the motion by Timothy J. Hickman to withdraw as counsel for the Plaintiff without substitution. This ruling is based on the attested irreparable breakdown in communication between Mr. Hickman and Mr. Moore, as set forth in Mr. Hickman's confidential Affidavit.

Mr. Moore was present at the hearing, and the Court conducted an inquiry outside of defense counsel's presence. In granting Mr. Hickman's motion to withdraw, the Court instructed Mr. Moore that he should retain new counsel, and do so within 45 days, (i.e., on or before April 12, 2002). If Mr. Moore is unable to obtain counsel, he may proceed pro se in this matter. At the conclusion of the 45 days, Mr. Moore, and any newly retained counsel, shall inform the Court of his representation status. Thereafter, the Court will convene a second Rule 16 scheduling conference to set a new schedule for this case, necessitated by Mr. Hickman's withdrawal.

Based on the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1) The motion by Plaintiff's counsel, Timothy Hickman, Esq., for an order allowing him to withdraw as counsel of record for Plaintiff Ernest Moore, (Doc. No. 8), is **GRANTED**.

Dated: March 1, 2002.

SUSAN RICHARD NELSON
United States Magistrate Judge