**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ERNEST MOORE,<br><br>Plaintiff,<br><br>v.<br><br>KOCH PETROLEUM GROUP, LP,<br><br>Defendant. | Civil No. 01-CV-1684 ADM/SRN<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Ernest Moore, appearing *pro se,* and Defendant Flint Hills Resources, LP (f/k/a Koch Petroleum, LP, by and through the undersigned counsel, stipulate to the dismissal with prejudice of all claims in this action. This stipulation is made pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: May 9, 2002

Ernest Moore, Plaintiff *pro se*

Dated: May 16, 2002

FAEGRE & BENSON LLP

Mary E. Stumo, #122440
Holly M. Robbins, #260381

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant
Flint Hills Resources, LP

MAY 2
FILED
RICHARD D. SLETTEN
JUDGMENT ENT'D

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: May 17, 2002

ANN D. MONTGOMERY
U.S. District Court Judge
UNITED STATES DISTRICT COURT

M1:875877.01